IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY REDIC,<br><br>      Petitioner,<br><br>   v.<br><br>TERRIE L. GONZALEZ, Warden,<br><br>      Respondent. | No. C-11-1004 TEH (PR)<br><br>ORDER OF DISMISSAL; NEW ACTION FILED IN ERROR; NO FILING FEE DUE |

On March 3, 2011, Petitioner filed a document entitled "Points and Authorities in Support Thereof Continual Pursuit to Exhaust State Court Remedies." Doc. #1. Included in Petitioner's filing is a copy of an order of this Court issued by the Honorable Marilyn Hall Patel in Redic v. Marshall, No. C-08-5010-MHP (PR) (N.D. Cal. filed Nov. 3, 2008). That action is a federal habeas petition challenging a criminal judgment from Alameda County superior court. Judge Patel ordered the case administratively closed so that Petitioner could return to state court for exhaustion purposes. See id., Doc. #6. Since the case was closed administratively, Petitioner has filed a letter updating the Court

1 | on his efforts to exhaust state court remedies.  <u>See</u> <u>id.</u>, Doc. #7.
2 | It appears that the document filed as a new action under case number
3 | C-11-1004-TEH (PR) was intended to be another such update.
4 |   Accordingly, the instant action is DISMISSED as filed in
5 | error.  No filing fee is due.  The Clerk shall terminate any pending
6 | motions as moot and close the file.
7 |   Further, the Clerk shall file Petitioner's "Points and
8 | Authorities in Support Thereof Continual Pursuit to Exhaust State
9 | Court Remedies" (Doc. #1) under <u>Redic v. Marshall</u>, No. C-08-5010-MHP
10 | (PR) (N.D. Cal. filed Nov. 3, 2008).  As Judge Patel noted, nothing
11 | further will take place in that action until Petitioner exhausts all
12 | claims in state court and, within thirty (30) days of doing so,
13 | files a motion to reopen.
14 |
15 |   IT IS SO ORDERED.
16 |
17 | DATED  *03/11/2011*    */s/ Thelton E. Henderson*
18 |           **THELTON E. HENDERSON**
          **United States District Judge**

26 | G:\PRO-SE\TEH\HC.11\Redic-11-1004-dismissal-filed in error.wpd

**2**